**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| EVERETT D. JACKSON, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *    No. 5:12-cv-00246-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

**ORDER**

Plaintiff's Social Security disability appeal is pending before the Court. The parties have submitted their respective appeal briefs and the case is ripe for a decision. If either party believes oral argument would be helpful to the Court in deciding this matter, counsel is hereby invited to advise the Court within fifteen (15) days of the entry of this Order to schedule oral argument. At counsel's choosing, oral argument may be in person or by teleconference. The scope of the argument is limited solely to the record before the Court and additional evidence will not be considered.

SO ORDERED this 17th day of January, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE